# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# IN ADMIRALTY

| | |
|---|---|
| ACCELERANT SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> MICHAEL BIDA, <br><br> Defendant/Counter-Plaintiff. | Case. No. 23-cv-10069 <br> Hon. Mark A. Goldsmith |

## JUDGMENT

In accordance with this Court's Opinion & Order Granting Plaintiff's Motion for Summary Judgment (ECF No. 31):

IT IS ORDERED that Judgment is entered in favor of Plaintiff Accelerant Specialty Insurance Company ("Accelerant") and against Defendant Michael Bida ("Bida") as follows:

1. Accelerant Policy No. CSRYP/217031, issued to Named Insured Michael Bida effective September 1, 2022 ("2022 Accelerant Policy"), is hereby rescinded by Accelerant and the 2022 Accelerant Policy is void as if it had never been issued.

2. Accelerant shall return the Premium to Defendant Michael Bida in the amount of $15,747.00 on or before November 29, 2024.

The case is closed.

**IT IS SO ORDERED.**

Dated: November 4, 2024             s/Mark A. Goldsmith
Detroit, Michigan                   MARK A. GOLDSMITH
                                    United States District Judge